MAY 7, 1951

**No. 55537.**—SUIT 4640.—United States *v.* Kung Chen Fur Corp.—

—C. D. 1203 affirmed February 27, 1951.   C. A. D. 447.

MAY 10, 1951

**No. 55538.**—SUIT 4632.—Joseph Fischer as Liquidating Agent of Schmoll Fils Associated, Inc. *v.* United States.—

—C. D. 1179 affirmed March 22, 1951. C. A. D. 452.

**No. 55539.**—SUIT 4636.—United States *v.* Union Olive Oil Co., Inc.—

—C. D. 1195 reversed October 31, 1950.   C. A. D. 442.

BEFORE THE FIRST DIVISION, MAY 15, 1951

**No. 55540.**—Sandoz Chemical Works, Inc. *v.* United States, protest 130706–K (New York).

Opinion by COLE, J.   In accordance with stipulation of counsel that the merchandise consists of cedilanid substance, ergotomin tartrate, and digilanid and scillaren substance the same in all material respects as the commodity passed upon in *Sandoz Chemical Works, Inc.* v. *United States* (25 Cust. Ct. 115, C. D. 1273), the claim of the plaintiff was sustained.

**No. 55541.**—Dr. Halfdan Hebo *v.* United States, protest 138763–K (New York).

Opinion by COLE, J.   It was stipulated that the merchandise in question is the same in all material respects as the substance passed upon in *Dr. Halfdan Hebo,* v. *United States* (25 Cust. Ct. 93, C. D. 1270).   The claim for free entry under paragraph 1669 was therefore sustained.

**No. 55542.**—Maltbie Chemical Co. *v.* United States, protest 168351–K (New York).

Opinion by COLE, J.   It was stipulated that the merchandise in question is the same in all material respects as the substance passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138).   The claim for free entry under paragraph 1669 was therefore sustained.